**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00055-CV**
_____

**VIKOR SCIENTIFIC, LLC, Appellant**

**V.**

**FREIGHTPOP, INC., Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-09-14105-CV**

**MEMORANDUM OPINION**

Without consenting to the jurisdiction of Texas courts, Vikor Scientific, LLC, Appellant, filed an agreed motion to vacate the trial court's order denying a special appearance and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, set aside the trial court's order denying Appellant's special appearance without regard to the merits, and remand this case to

1

the trial court for rendition of judgment in accordance with the parties' agreement.

*See id*.

VACATED AND REMANDED.

PER CURIAM

Submitted on July 24, 2024
Opinion Delivered July 25, 2024

Before Golemon, C.J., Wright and Chambers, JJ.